UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>VINCENT THAKUR SINGH and<br>MELANIE GAY SINGH,<br><br>        Debtor,<br><br>MICHAEL F. BURKART, Chapter 7, Trustee,<br><br>        Plaintiff,<br>   v.<br><br>JOSEPH HARIGAGAN,<br><br>        Defendant. | No. 2:13-cv-02301 JAM<br><br>Bankruptcy No. 10-42050-D-7<br>Adv. No. 12-2453<br><br>**ORDER ADOPTING THE BANKRUPTCY JUDGE'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

    Chapter 7 Trustee Michael Burkart ("Plaintiff") filed a motion for entry of default of judgment against Defendant Joseph Harigagan ("Defendant") in the Bankruptcy Court.  Defendant did not oppose the motion.  Pursuant to 28 U.S.C. § 157(c)(1) and <u>In re Bellingham Ins. Agency, Inc.</u>, 702 F.3d 553, 565 (9th Cir. 2012) <u>cert. granted</u>, 133 S. Ct. 2880 (U.S. 2013), on November 4, 2013, the Bankruptcy Court submitted its proposed findings of fact and conclusions of law to this Court for review.

///

1 | The district court reviews <u>de novo</u> a bankruptcy judge's
2 | proposed findings of fact and conclusions of law as to "those
3 | matters to which any party has timely and specifically objected."
4 | 28 U.S.C. § 157(c)(1); <u>see also</u> Fed. R. Bankr. P. 9033(d).
5 | Objections are due within 14 days after being served with a copy
6 | of the proposed findings of fact.  Fed. R. Bankr. P. 9033(b).  No
7 | objections have been filed in this case.

8 | Upon <u>de novo</u> review, the Court finds the proposed findings
9 | of fact and conclusions of law to be supported by the record and
10 | by proper analysis.  Therefore, the Court ADOPTS the Bankruptcy
11 | Judge's proposed findings of fact and conclusions of law (Doc.
12 | #1) and, accordingly, GRANTS Plaintiff's motion for entry of
13 | default of judgment against Defendant with damages in the amount
14 | requested in the complaint.

15 | IT IS SO ORDERED.
16 | Dated:  November 19, 2013.
17 | JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

2