1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   In Re:                          No. 2:13-cv-02301 JAM

12   VINCENT THAKUR SINGH and         Bankruptcy No. 10-42050-D-7
     MELANIE GAY SINGH,               Adv. No. 12-2453
13
                    Debtor,          **ORDER ADOPTING THE BANKRUPTCY**
14                                   **JUDGE'S PROPOSED FINDINGS OF**
     _____        **FACT AND CONCLUSIONS OF LAW**
15   MICHAEL F. BURKART, Chapter
     7, Trustee,
16
                    Plaintiff,
17        v.

18   JOSEPH HARIGAGAN,

19                  Defendant.

20        Chapter 7 Trustee Michael Burkart ("Plaintiff") filed a

21   motion for entry of default of judgment against Defendant Joseph

22   Harigagan ("Defendant") in the Bankruptcy Court.  Defendant did

23   not oppose the motion.  Pursuant to 28 U.S.C. § 157(c)(1) and In

24   re Bellingham Ins. Agency, Inc., 702 F.3d 553, 565 (9th Cir.

25   2012) cert. granted, 133 S. Ct. 2880 (U.S. 2013), on November 4,

26   2013, the Bankruptcy Court submitted its proposed findings of

27   fact and conclusions of law to this Court for review.

28   ///

                                    1

1     The district court reviews de novo a bankruptcy judge's

2  proposed findings of fact and conclusions of law as to "those

3  matters to which any party has timely and specifically objected."

4  28 U.S.C. § 157(c)(1); see also Fed. R. Bankr. P. 9033(d).

5  Objections are due within 14 days after being served with a copy

6  of the proposed findings of fact.  Fed. R. Bankr. P. 9033(b).  No

7  objections have been filed in this case.

8     Upon de novo review, the Court finds the proposed findings

9  of fact and conclusions of law to be supported by the record and

10  by proper analysis.  Therefore, the Court ADOPTS the Bankruptcy

11  Judge's proposed findings of fact and conclusions of law (Doc.

12  #1) and, accordingly, GRANTS Plaintiff's motion for entry of

13  default of judgment against Defendant with damages in the amount

14  requested in the complaint.

15     IT IS SO ORDERED.

16  Dated:  November 19, 2013.

17                     JOHN A. MENDEZ,
                      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28