# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | ) |
| | ) |
| VINCENT THAKUR SINGH, dba PERFECT | ) Case No.:  2:13-CV-02301-JAM |
| FINANCIAL GROUP, INC., dba AAMCO | ) |
| STOCKTON, INC., dba AAMCO | ) |
| ORANGEVALE, INC., fdba ACCEPTANCE | ) |
| CAPITAL, fdba PERFECT MORTGAGE and | ) Bankruptcy Case No.:  10-42050-D-7 |
| MALANIE GAY SINGH | ) |
| | ) |
|               Debtors. | ) |
| _____ | ) Adv. Pro. No.:  12-2453-D |
| | ) |
| MICHAEL F. BURKART, CHAPTER 7 | ) |
| TRUSTEE | ) |
| | ) |
|               Plaintiff | ) **AMENDED JUDGMENT IN A CIVIL** |
| v. | ) **CASE** |
| | ) |
| JOSEPH HARIGAGAN aka JOSEPH | ) |
| HARIGAYAN | ) |
| | ) |
|               Defendant | )_ |
| _____ | ) |

   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

   **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/20/2013.  PLAINTIFF SHALL RECOVER FROM DEFENDANT THE SUM OF $14,625.00.**

   **Marianne Matherly**
   Clerk of Court

DATED: April 23, 2014

   /s/ J. Donati
by: _____
   J. Donati,       Deputy Clerk

- 1 -